WALTER D. SPRATT, Admr., v. LEMUEL N. BALDWIN.

1. EXECUTOR AND ADMINISTRATOR : COMMISSIONS.—Where the first administrator has fully administered the estate, the probate may allow him full commissions, notwithstanding his letters have been revoked on account of his failure to answer a citation issued against him, and an administrator de bonis non, appointed.

2. SAME.—The allowance of commissions, within the limits prescribed by the statute, is a matter of discretion in the Probate Court, and cannot be assigned as error, unless this discretion is shown to have been manifestly abused.

APPEAL from the Probate Court of Claiborne county. Hon. L. O. Bridewell, judge.

*George V. Moody*, for appellant.

*W. S. Wilson* and *Jno. B. Coleman*, for appellee.

FISHER, J., delivered the opinion of the court.

This is an appeal from a decree of the Probate Court of Claiborne county.

The appellee being administrator of the estate of Elizabeth Wilson, deceased, was cited to make a final settlement and distribution of the estate, and failing to appear according to the citation, his letters of administration were revoked, and letters granted to the appellant. The appellee, subsequently appearing, made a final

settlement of the estate, when the court allowed him full commissions upon the appraised value of the estate : and this allowance is the error assigned by the appellant. The proceeding was virtually a final settlement of the estate, and the allowance of commissions being a matter of discretion with the court, cannot, without showing a manifest abuse of such discretion, be assigned as error.

Decree affirmed.